JAN-14-2008 17:11                                                                                      P.02/02





STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

January 14, 2008

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

<u>Via Fax (212)805-6326</u>
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: <u>Davis v Goord, et. al.</u>
07CV7309(CM)(AJP)
ECF

Dear Judge McMahon:

This letter is written jointly on behalf of both counsel respectfully to request a 30 day postponement of the initial pretrial conference scheduled for January 18, 2008 at 9:45 A.M.

Our records reflect that at this juncture, five of the nine named defendants have requested representation by the Office of the Attorney General ("OAG"). It is respectfully suggested that for reasons of judicial economy, the conference be postponed for 30 days because it is anticipated that all or most of the remaining defendants will be represented by the OAG by that time.

Respectfully submitted,

Donald Nowve
Assistant Attorney General