

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

January 25, 2008

Via Fax (212)805-6326
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Davis v Goord, et. al.
    07CV7309(CM)(AJP)
    ECF

*ok*
1/25/08

Dear Judge McMahon:

    This letter is written with the consent of plaintiff's counsel respectfully to request until February 29, 2008 for defendants to submit a response to the complaint. Our records reflect that as of this date, all but one of the named defendants have been served and are represented by the Office of the Attorney General. It is respectfully suggested that for reasons of judicial economy a single response on behalf of all represented defendants can be submitted by February 29th. An initial conference is scheduled for February 22nd at 11:15 A.M.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212) 416-8227

c: Via Fax (212)888-3182
   Edward W. Miller, Esq.
   Attorney for Plaintiffs

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```