**MEMO ENDORSED**



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

February 27, 2008

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

Via Fax (212) 805-6326
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

OK
*/s/ Colleen McMahon*
2/28/08

Re: Davis v Goord, et. al.
    07CV7309(CM)(AJP)
    ECF

Dear Judge McMahon:

    This letter is written with the consent of plaintiff's counsel respectfully to request a further extension of time until March 5, 2008 to submit an Answer to the complaint on behalf of the defendants who have been served. Our records reflect that as of this date, all but one of the named defendants have been served and are represented by the Office of the Attorney General. Except for defendants' initial request to respond to the complaint by February 29th, no previous requests for an extension have been made.

    The three business day extension is being requested because of the time expended recently to complete by February 26th a summary judgment motion in Scott v Sanhez, et al. 07CV1802 (AKH). My schedule now permits me to focus upon preparing an Answer by March 5th. An initial conference was re-scheduled by the court for February March 7th at 11:00 A.M.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212) 416-8227

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
        2/28/08

c: Via Fax (212) 888-3182
Edward W. Miller, Esq.
Attorney for Plaintiffs

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 – Not For Service of Papers
http://www.oag.state.ny.us