UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _6/17/08_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WENDY DAVIS, individually and as Administratirx   :
of the Estate of Kevin Davis, deceased, et al.,

                                                   :        07 Civ. 7309 (CM) (AJP)

                    Plaintiffs,

                                                   :        ORDER SCHEDULING
                                                            STATUS CONFERENCE
        -against-                                  :

                                                   :
COMMISSIONER GLENN S. GOORD, N.Y.S.
Department of Corredtional Services, et al.,       :

                    Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for June 25, 2008

at 2:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be

provided with a courtesy copy of all papers hereafter filed with the Court.   The parties are to

follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is

attached.

SO ORDERED.

Dated:       New York, New York
             June 17, 2008

                                           Andrew J. Peck
                                           United States Magistrate Judge

Copies **by fax & ECF** to:     Edward W. Miller, Esq.
                                Donald Nowve, Esq.
                                Judge Colleen McMahon

C:\ORD\Order Scheduling Status Conference