UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

WENDY DAVIS, et al.,                       :

          Plaintiffs,                     :       07 Civ. 7309 (CM) (AJP)

          -against-                       :       **ORDER**

COMMISSIONER GLENN S. GOORD, et al.,       :

          Defendants.                     :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/25/08

**ANDREW J. PECK, United States Magistrate Judge:**

    To summarize some of today's rulings:

    1.    Plaintiffs are to provide their Rule 26(a) mandatory disclosures and appropriate medical releases to defendants by July 2, 2008.

    2.    Plaintiffs' counsel is to file a motion to withdraw, with copies to his clients, by July 3, 2008 (or a stipulation substituting counsel, also by July 3, 2008), or inform the Court by July 3, 2008 that plaintiffs wish to proceed with Mr. Miller as counsel.

    3.    All prior discovery deadlines remain in effect.

    4.    Counsel shall notify the Court by July 3, 2008 whether the parties consent to my decision of this case (including any trial) pursuant to 28 U.S.C. § 636(c).

    SO ORDERED.

Dated:    New York, New York
          June 25, 2008

                                          Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Edward W. Miller, Esq.
                                   Donald Nowve, Esq.
                                   Judge Colleen McMahon

C:\OPIN\