```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
:
Wendy Davis, et al.                            :    CONSENT TO PROCEED BEFORE
                Plaintiff(s),    :    UNITED STATES MAGISTRATE JUDGE
:
   - against -                               :    07 Civ. 7309 (CM) (AJP)
:
Commissioner Glenn S. Goord, et al.            :
:
                Defendant(s).   :
------------------------------- x

IT IS HEREBY STIPULATED by the undersigned:

   1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

   2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

**See attached letter**
Attorney(s) for Plaintiff(s)
Address
Telephone

**See attached letter**
Attorney(s) for Defendant(s)
Address
Telephone

_____
Attorney(s) for Defendant(s)
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
                      U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

# RAWLINS LAW FIRM, PLLC
310 LIVINGSTON STREET, 3RD FLOOR
BROOKLYN, NY 11217
Tel: (718) 855-3005
Fax: (718) 855-1033


RECEIVED JUL -3 2008 CHAMBERS OF ANDREW J. PECK

**VIA FACSIMILE: (212) 805-7933**

Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** Davis v. Goord, 07CV7309(CM)(AJP)

Dear Judge Peck:

In accordance with the court's order and the provisions of 28 U.S.C. Section 636 (c) and Fed. R. Civ. P. 73, the plaintiff in this case consents to have your Honor conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

Respectfully yours,

s/ Gary N. Rawlins
Gary N. Rawlins
Attorney for Plaintiff

Cc: Donald Nowve
    Assistant United States Attorney
    Via Fax (212) 416-6075



RECEIVED
JUL -3 2008
CHAMBERS OF
ANDREW J. PECK

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

July 3, 2008

Via Fax (212)805-7933
Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Davis v Goord, 07CV7309(CM)(AJP)

Dear Judge Peck:

Pursuant to the Court's order, this letter is written to advise that defendants consent to designation of your Honor for all purposes in this matter.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212)416-8227

c. Via Fax (718) 855-1033
Attorney Gary Rawlins

Via fax (718)671-1543
Attorney Bryan J. Hutchinson

Via Fax (212)888-3182
Attorney Edward Miller

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us