UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    07CV7309 (CM)(AJP)ECF
WENDY DAVIS, Individually and
Administratrix, of the Estate of
KEVIN DAVIS, dec'd, and KEVEN
DAVID JR. DAVIS, ANAY ADORNO
DAVIS, and RANDI DAVIS,
Children of the Decedent,                                          NOTICE OF APPEARANCE

                Plaintiffs,

  -against-

Commissioner of the New York State
Department of Correctional Services
("DOCS") GLENN S. GOORD, Deputy
Commissioner and Chief Medical Officer
Of DOCS LESTER WRIGHT, Associate
Commissioner Division of Forensic
Services of the New York State Office
Of Mental Health ("OMH") RICHARD MIRAGLIA,
Superintendent of Downstate Correctional
Facility PAUL ANNETTS, DOCS Medical
Director at Downstate Correctional
Facility MARIO MALVAROSA, Downstate
Correctional Facility OMH Unit Chief
MICHAEL HILL, DANIEL MEYERHOFF,
DR. SHAIM PATIL, DR. ROBERT BAKALL
and JOHN/JANE DOES 1-4,

                Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that **PLAINTIFFS** hereby appear in the above-named action and have retained the Rawlins Law Firm, PLLC to represent them. All papers in this action are to be served upon the undersigned at the address stated below.

Dated: July 3, 2008
       Bronx, New York

                                       Rawlins Law Firm, PLLC.
                                       Attorney for Plaintiffs

                                       By: /s/_____
                                       Gary N. Rawlins, Esq.
                                       310 Livingston Street, 3rd floor
                                       Brooklyn, NY 11217
                                       (718) 855-3005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X      07CV7309(CM)(AJP)ECF

WENDY DAVIS, Individually and
Administratrix, of the Estate of
KEVIN DAVIS, dec'd, and KEVEN
DAVID JR. DAVIS, ANAY ADORNO
DAVIS, and RANDI DAVIS,
Children of the Decedent,

                    Plaintiffs,

      -against-

Commissioner of the New York State
Department of Correctional Services
("DOCS") GLENN S. GOORD, Deputy
Commissioner and Chief Medical Officer
Of DOCS LESTER WRIGHT, Associate
Commissioner Division of Forensic
Services of the New York State Office
Of Mental Health ("OMH") RICHARD MIRAGLIA,
Superintendent of Downstate Correctional
Facility PAUL ANNETTS, DOCS Medical
Director at Downstate Correctional
Facility MARIO MALVAROSA, Downstate
Correctional Facility OMH Unit Chief
MICHAEL HILL, DANIEL MEYERHOFF,
DR. SHAIM PATIL, DR. ROBERT BAKALL
and JOHN/JANE DOES 1-4,

                    Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

*[signature]*

RAWLINS LAW FIRM, PLLC
Attorney for Plaintiffs
By: Gary Rawlins
310 Livingston Street, 3rd floor
Brooklyn, NY 11217
(718) 855-3005