

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
(212) 416-6035

ANDREW M. CUOMO
Attorney General

DIVISION OF STATE COUNSEL
Litigation Bureau

July 24, 2008

Via Fax (212)805-7933
Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York   10007

Re: Davis v Goord, 07CV7309(CM)(AJP)

Dear Judge Peck:

     This letter is written with consent of plaintiff's counsel respectfully to request an extension of time until August 1, 2008 to advise the Court of the names of witnesses the parties anticipate deposing and a proposed schedule for those depositions. To expedite this process, defendants are providing today to plaintiff's counsel documents which may facilitate the identity of witnesses plaintiff may wish to depose. Defendants have already served notice that they intend to depose plaintiffs.

     A one week extension is being requested to enable our office to provide additional documents and to ascertain the availability of deposition witnesses during the remainder of the discovery period.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212) 416-8227

c:    Attorney Gary Rawlins