

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/25/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
(212) 416-6035

ANDREW M. CUOMO
Attorney General

DIVISION OF STATE COUNSEL
Litigation Bureau

July 24, 2008

<u>Via Fax (212)805-7933</u>
Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re: <u>Davis v Goord</u>, 07CV7309(CM)(AJP)

Dear Judge Peck:

    This letter is written with consent of plaintiff's counsel respectfully to request an extension of time until August 1, 2008 to advise the Court of the names of witnesses the parties anticipate deposing and a proposed schedule for those depositions. To expedite this process, defendants are providing today to plaintiff's counsel documents which may facilitate the identity of witnesses plaintiff may wish to depose. Defendants have already served notice that they intend to depose plaintiffs.

    A one week extension is being requested to enable our office to provide additional documents and to ascertain the availability of deposition witnesses during the remainder of the discovery period.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212) 416-8227

c:   Attorney Gary Rawlins

**MEMO ENDORSED** 7/24/08

1. Approved — report due 8/1.
2. You should have filed letters via ECF!

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

Copy to: All Counsel

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: __July 25, 2008__                    Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Donald Nowve, Esq. | 212-416-6075 |
| Gary Rawlins, Esq. | 718-855-1033 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/25/08**

1. Approved - report due 8/1.

2. You should know better — letters are not filed via ECF!