USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 8/4/08





STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**BY FAX**

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

August 1, 2008

**MEMO ENDORSED**
8/4/08
This does not appear to be disputed.

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

Via Fax (212)805-7933
Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Davis v Goord, et al.
07CV7309(AJP)

Dear Judge Peck:

While plaintiffs' application for an extension of time to provide information about witnesses they wish to depose is pending, defendants report the following deposition schedule, to which plaintiffs' counsel has not objected:

Pursuant to their Notice to Take Deposition served on June 27, 2008, defendants are scheduled to conduct plaintiff's depositions at 10:00 A.M. on the following dates:

Wendy Davis, August 6, 2008
Kevin David Davis, Jr. August 13, 2008
Anay Adomo Davis, August 14, 2008
Randi Davis, August 15, 2008

Defendants respectfully reserve the right to depose plaintiffs' experts in the event they are allowed to designate them.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212) 416-8227

c: Via Fax (718)855-1033
Attorney Gary Rawlins

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

<u>Dated:</u>   August 4, 2008                     <u>Total Number of Pages:</u>  2

| TO | FAX NUMBER |
|---|---|
| Gary Rawlins, Esq. | 718-855-1033 |
| Donald Nowve, Esq. | 212-416-6075 |
|  |  |

## TRANSCRIPTION:

**MEMO ENDORSED 8/4/08**

These dates are approved and so ordered.