USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/5/08


RECEIVED
AUG 04 2008
CHAMBERS OF
ANDREW J. PECK

TOTAL P.02



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

**BY FAX**   AUG 4 2008

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

Via Fax (212) 805-7933
Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Davis v Goord, et. al.
07CV7309(AJP)

**MEMO ENDORSED** 8/4/08
Approved

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Dear Judge Peck:

This letter is written on behalf of defendants with consent of plaintiffs' counsel respectfully to request an extension of time until August 15, 2008 to submit the written report of defendants' psychiatric expert, whose name and curriculum vitae will be provided in defendants' Rule 26 (a)(2)(B) disclosure by August 8th. The expert was retained on July 24th and was provided with documents for review since that date. Given the record review required and his other commitments, the expert reports he will need until August 13th to prepare his report. No previous requests for such an extension have been made. The instant request will not affect any other deadlines.

Defendants expect to include in their Rule 26 expert disclosure by August 8th the curriculum vitae and report of their other expert in the area of suicide prevention.

In closing, defendants do not object to plaintiffs being given until August 15, 2008 to identify their expert(s) and provide his/her report if permitted to do so by the Court.

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212) 416-8227

c: Via Fax (718) 855 1033
Attorney Gary Rawlins

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416 6075 • Not For Service of Papers
http://www.oag.state.ny.us

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** August 5, 2008                              **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Donald Nowve, Esq. | 212-416-6075 |
| Gary Rawlins, Esq. | 718-855-1033 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 8/5/08**

Approved.