

RECEIVED AUG 06 2008 CHAMBERS OF ANDREW J. PECK

**THE RAWLINS LAW FIRM, PLLC**
80 BROAD STREET, 5th Floor
NEW YORK, NEW YORK 10004
(877) 845-3604
(646) 688-5875

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/7/08

**BY FAX**

**MEMO ENDORSED** 8/7/08

*Proposed schedule approved.*

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

*copies faxed / AJP [illegible]*

VIA FACSIMILE
HON. ANDREW J. PECK
U.S.M.J.
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Re: DAVIS v. GOORD, 07CV7309

Your Honor:

This letter is respectfully written to advise the court of the agreed deposition schedule and to inform the court that the parties have completed the deposition of Wendy Davis on schedule. The parties have agreed to the following following deposition schedule:

1. JEAN M. HENDRICKSON on 8/14/08
2. DR. ROBERT S. BAKALL, M.D. on 8/15/08
3. L DAVIS (?) (or person identified as the medical provider on screening sheet bates stamped DS MED 5 and 6).
4. C.O. ALBERT DOMAN on September 8, 2008.
5. IF ALLOWED, PLAINTIFF'S EXPERT(S) on 8/22/08 and to continue on 9/4/08 if necessary.
6. Defendants experts on 9/10/08 and 9/11/08 subject to confirmation.

Defendant will need some time to ascertain the whereabouts and availability of L. Davis as defendant was served with a deposition notice for him today after your writer realized that the need to depose him/her. L. Davis' signature is unclear in the medical records that were provided.

The litigants respectfully request that the deposition of Kevin Davis and Brandy Davis be so ordered for August 13, 2008.

Lastly ANAY DAVIS is on active duty in the ARMY and she will not be available on the August 14, 2008. She will be available during the first week in September and may be deposed on September 9, 2008. Plaintiff respectfully requests that Your Honor so Order the new date.

Respectfully Submitted,

Gary N. Rawlins

cc: DONALD NOWVE, ESQ.
VIA FACSIMILE
212-416-6075/6009

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  August 7, 2008                                    Total Number of Pages: 3

| TO | FAX NUMBER |
| --- | --- |
| Gary Rawlins, Esq. | 718-855-1033 |
| Donald Nowve, Esq. | 212-416-6075 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 8/7/08**

Depo schedule approved.