```
UNITED STATES DISTRICT COURT                 USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT
                                             ELECTRONICALLY FILED
                                             DOC#
------------------------------------- x      DATE FILED: 8/20/08

WENDY DAVIS, et al.,                  :

                Plaintiffs,           :      07 Civ. 7309 (AJP)

        -against-                     :      ORDER

COMMISSIONER GLENN S. GOORD, et al.,  :

                Defendants.           :

------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

On the parties' stipulation at today's conference (see transcript), the claims of plaintiff Anay Adorno Davis are dismissed with prejudice and without costs. The claims of the remaining plaintiffs remain open.

SO ORDERED.

Dated:   New York, New York
         August 20, 2008

                                    _____
                                    **Andrew J. Peck**
                                    United States Magistrate Judge

Copies **by fax & ECF** to:   Gary Rawlins, Esq.
                              Donald Nowve, Esq.

C:\OPIN\